THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE GENE THOMAS, Appellant.—Judgment reversed, on the law, and a new trial granted. Same memorandum as in *People v Thomas* (71 AD2d 839). All concur, except Callahan, J., who dissents and votes to affirm the judgment. (Resubmission—appeal from judgment of Cayuga County Court—murder, second degree.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.